## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO. 3:08-cv-00333** |
| v. | ) ) | **JURY TRIAL DEMAND** |
| **FAMILY SERVICE ASSOCIATION, INC.** | ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

## <u>COMPLAINT</u>

### NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission ("EEOC" or the "Commission") brings this action pursuant to Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to make whole Deron Emmons ("Emmons"), who was adversely affected by such practices.  Defendant, Family Service Association, Inc. ("FSA") failed to promote Emmons to the position of Director of Community Services for the Deaf because of his disability, profound hearing impairment and inability to speak.

### JURISDICTION

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §

1981(a).

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Ohio, Dayton Division.

### PARTIES

3.      The Commission is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      At all relevant times FSA has been an Ohio corporation continuously doing business in the State of Ohio and the City of Dayton, and has continuously had at least 15 employees.

5.      At all relevant times, FSA has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.      At all relevant times, FSA has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

### STATEMENT OF CLAIMS

7.      More than thirty (30) days prior to the institution of this lawsuit, Emmons filed a charge with the Commission alleging that FSA violated Title I of the ADA.  All conditions precedent to the institution of this lawsuit has been fulfilled.

8.      Since at least August 1, 2006, FSA has engaged in unlawful employment

practices in violation of Section 102(a) of the ADA, 42 U.S.C. § 12112(a), at its Dayton, Ohio facility.  These practices included refusing to promote Deron Emmons to the position of Director, Community Services for the Deaf because of his disability.

9.     The effect of the practices complained of above has been to deprive Deron Emmons of equal employment opportunities and otherwise to adversely affect his status as an employee because of his disability.

10.     The unlawful employment practices complained of above were intentional.

11.     The unlawful employment practices complained of above were done with malice or with reckless indifference to Deron Emmon's federally protected rights.

## PRAYER FOR RELIEF

Wherefore the Commission respectfully requests that this Court:

A.     GRANT a permanent injunction enjoining FSA, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that discriminates on the basis of disability;

B.     ORDER FSA to institute and carry out policies, practices, and programs that provide equal employment opportunities for qualified individuals with disabilities, and that eradicate the effects of its past and present unlawful employment practices;

C.     ORDER the FSA to make Emmons whole by providing him with appropriate back pay with prejudgment interest, in amounts to be proven at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D.     ORDER FSA make whole Emmons by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above including, but not limited to, salary and wages and other company compensation that, but for the

unlawful employment practices, would have been paid by FSA through their employee benefit plan, in amounts to be determined at trial;

      E.     ORDER FSA to make Emmons whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

      F.     ORDER FSA to pay Emmons punitive damages for its malicious and reckless conduct as described above, in amounts to be determined at trial;

      G.     GRANT such further relief as the court deems necessary and proper in the public interest; and

      H.     AWARD the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised in its Complaint.

Respectfully submitted,


/s Laurie A. Young
LAURIE A. YOUNG,
Regional Attorney


/s Michelle Eisele
MICHELLE EISELE,
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, IN  46204


/s Aimee L. McFerren
AIMEE L. MCFERREN
Kentucky Bar No.: 89912
Federal I.D. No.: 36953
EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
600 Dr. Martin Luther King, Jr. Place
Suite 268
Louisville, KY 40202
502-582-6308
502-582-5435 (fax)
aimee.mcferren@eeoc.gov